

**Marcus Darden**
3 hrs · View on Instagram

Been doing this.. This was 06 my and my son StackHouse. 50,000 in a sandwich bag #StackOrStarve #ThinkAboutIt #TeamNewJack #FreeStackHouse

Like · Comment · Share

KillahKreep DrillinShit, Dee Smith, Gary Thompson and 116 others like this.

**Twirl Webb** Thats when that money was good bra
Like · Reply · 3 hrs

**Gary Thompson** 💯💯💯
Like · Reply · 3 hrs

**Stacy Warfield** Let your cuz hold something lol
Like · Reply · 3 hrs

**Dee Smith** 1000%#freestackhouse
Like · Reply · 👍1 · 2 hrs

**Dee DeFrancie Spencer** Them was the days
Like · Reply · 2 hrs

**Peewee Smith** Already
Like · Reply · 1 hr






P00857









