# IN THE CRIMINAL/CIRCUIT COURT OF MONTGOMERY COUNTY, TENNESSEE

Case Number: 41140 Count#: 1 Attorney for the State: Jamie Crenshaw
Judicial District: 19th Judicial Division: III Counsel for Defendant: Thomas R. Meeks
[X] Retained [ ] Appointed [ ] Public Defender

State Of Tennessee
VS.
Defendant: Marcus Termaine Darden Alias:
Date of Birth: [redacted] Sex: M Race: B SSN: [redacted]
From Indictment #: ___ Warrant #: ___ TDOC #: ___
TBI Document Control #: ___

FILED May 19, 20 00
CHERYL J. CASTLE
CIRCUIT COURT CLERK
___ D.C.

## JUDGMENT

Comes the District Attorney General for the State and the defendant with counsel of record for entry of judgment.

On the 15th day of March, 19 00, the defendant:

[X] pled guilty
[ ] Dismissed/Nolle Prosequi
[ ] Remand/Transfer to Other Court
[ ] Retired/Unapprehended Defendant

Is found:
[ ] guilty [ ] not guilty
[ ] jury verdict [ ] not guilty by reason of insanity
[ ] bench trial [ ] nolo contendere

Indictment: Class (circle one): 1st (A) B C D E [X]Felony [ ] Misdemeanor
Offense: Attempted First Degree Murder
Amended Charge: Attempted Second Degree Murder
Offense date: 08/08/99 County: MONTGOMERY
Conviction offense: Attempted Second Degree Murder
TCA#: 39-12-101 Sentence-imposed date: 05/19/00
Conviction class (circle one): 1st A (B) C D E [X]Felony [ ] Misdemeanor

After considering the evidence, the entire record, and all factors in T.C.A. Title 40, Chapter 35, all of which are incorporated by reference herein, the Court's findings and rulings are:

[X] Sentence Reform Act of 1989
[ ] Mitigated 20% [ ] Mitigated 30%
[X] Standard 30% Range 1 [ ] Multiple 35% Range 2
[ ] Persistent 45% Range 3 [ ] Career 60%
[ ] Violent 100% [ ] Multiple Rapist
[ ] 1st Degree Murder [ ] Child Rapist
[ ] Repeat Violent Offender [ ] School Zone

[ ] Pre 1982 Sentence: ___
[ ] 1st Degree Murder
[ ] Sentence Reform Act of 1982
[ ] 30% Range 1
[ ] 35% Range 2
[ ] 40% Range 2
[ ] 1st Degree Murder

Concurrent with:

Consecutive to:
Todd County Case CR-96-00006

Sentenced to:
[X] TDOC
Sentence Length: 10 Years ___ Months ___ Days ___ Life ___ Life Without Parole ___ Death
Mandatory Minimum Sentence (applicable to T.C.A. 39-17-417, 39-13-513 and 39-13-514 in school zone) ___

[ ] County Jail [ ] Workhouse ___ Years ___ Months ___ Days ___ Hours ___ Week-ends ___ Periodic ___
Mandatory Minimum Sentence (applicable to T.C.A. 39-17-417, 39-13-513 and 39-13-514 in school zone) ___
___% min. svc. prior to program or work release ___ % min.svc. prior to release (Misdemeanor only)

[ ] Probation ___ Years ___ Months ___ Days Effective ___
[ ] Community Based Alternative ___ Years ___ Months ___ Days ___ Hours ___ Week-ends
Specify: ___

Pretrial Jail Credit Period from 08/24/99 to 08/30/99 from 03/15/00 to 05/19/00 or Number of Days: 73

Court Ordered Fees and Fines
$___ Criminal Injury Compensation Fund
$___ Supervision
$___ Child Support (TBSCIF)
$___ Court Cost
$___ FINE ASSESSED
Cost To Be Paid By [X] Defendant [ ] State

Restitution
Victim Name: ___
Address: ___
Total Amount $___ $___ per month
[ ] Unpaid Community Service ___ Hours ___ Days ___ Weeks ___ Months
[X] The Defendant having been found guilty is rendered infamous

Special Conditions:

STATE OF TENNESSEE, MONTGOMERY COUNTY
I, CHERYL J. CASTLE, CLERK, DO HEREBY CERTIFY THAT THE FOREGOING IS A TRUE AND CORRECT COPY OF THE ORIGINAL INSTRUMENT ON FILE IN THIS CASE. THIS THE 14 DAY OF ___, 20__
CHERYL J. CASTLE, CIRCUIT COURT CLERK
BY: ___ D.C.

John H. Gasaway, III
Judge's Name / Judge's Signature
Date of Entry of Judgment: 05 19 00

Attorney for State/Signature (optional)
Defendant's Attorney/Signature (optional)

Copy - Criminal Court Clerk
Copy - TN Dept Of Corrections - MIS-SMS
Copy - Judicial Council
Copy - Jail

CR 3419 (RBV 09 95)
RDA-1167



# ABSTRACT OF JUDGMENT
Statement form 8466
INDIANA DEPARTMENT OF CORRECTION

**Case name:** THE STATE OF INDIANA VS MARCUS DARDEN
**Cause Number:** 82D020806FB00543
**Court:** SUPERIOR 0460
**Date of sentencing:** 9/24/08
**Presiding Judge:** ROBERT J. PIGMAN
**Prosecutor:** J. PARKHURST
**Defense attorney:** J. BRINSON

INSTRUCTIONS: This form must accompany the Judgment, Pre-Sentence Report and all other documents required by law, upon the commitment of the adult offender to the Indiana Department of Correction. separate Abstract must be used for each Cause Number.

## PART 1
The defendant was found guilty of the following crimes under the above referenced cause:

| COUNT | CRIME | CLASS | Fel. | Misd | STATUTORY OF CITATION |
|---|---|---|---|---|---|
| 1 | DISMISSED | | | | |
| 2 | DISMISSED | | | | |
| 3 | CARRYING A HANDGUN WITH A PERMIT (ENHANCED) | C | X | | |
| 4 | | | | | |
| 5 | | | | | |

## PART 2
As a result of the above convictions, the Court has sentenced the defendant to the Department of Correction as follows: (if consecutive time is received, check only those counts which are to follow the original sentence)

| COUNT | SENTENCE YEARS/DAYS | SUSPENDED/ NON DOC SENTENCE | CON. CUR | CON. SEC | With (count or cause numbers) |
|---|---|---|---|---|---|
| 1 | DMOS. | | | | |
| 2 | DMOS. | | | | |
| 3 | 3 YRS. | | | | |
| 4 | | | | | |
| 5 | | | | | |

## PART 3 — JUDGE'S RECOMMENDATION

Is the defendant to be returned to the Court for probation/other executed time at the completion of this sentence?
Yes (complete part 3)   **X No**

**Chief Probation Officer:** Cherie Wood

Number of days confined prior to sentencing: **-103- DAYS CREDIT PLUS GOOD TIME**

Recommended degree of security: ☐ Maximum ☐ Medium ☐ Minimum  ☒ No recommendation

Additional comments and recommendations:

SEE DOCKET SHEET

## PART 4 — JUDICIAL SIGNATURE
Signature of committing judge: *(signed)* ROBERT J. PIGMAN, JUDGE
Date signed: Sept 26, 2008

## PART 5 — AFFIDAVIT OF CLERK

State of Indiana ) SS:
County of VANDERBURGH )

I, SUSAN K. KIRK, Clerk of the County, State of Indiana, do hereby certify that the foregoing is a true and complete abstract of judgment of said Court in the above entitled cause, on the date first shown on record in my office. As testimony of these facts, I sign my name and affix the seal of the court Of VANDERBURGH County, at my office

In the City of EVANSVILLE
SEPTEMBER 25, 2008

Signature of Clerk: *(signed)*

NOT FOR PUBLIC ACCESS

STATE OF INDIANA ) IN THE VANDERBURGH SUPERIOR COURT
) SS:
COUNTY OF VANDERBURGH ) CAUSE NUMBER: 82D02-1006-FA- 610

VANDERBURGH SUPERIOR COURT
FILED
JUN 1 5 2010
Susan K. Kirk
CLERK

STATE OF INDIANA  INFORMATION FOR:

VS

**MARCUS T. DARDEN**

BLACK/M
DOB:
SSN:
DLN:
509 - 195
110 MAIN
GUTHRIE, KENTUCKY 42234

COUNT 1:
DEALING IN COCAINE
A CLASS A FELONY
AGENCY: VANDERBURGH CO. MULTI AGENCY
DRUG TASK FORCE

I.C. 35-48-4-1(A)(2) and I.C. 35-48-4-1(b)(1)
CASE #: 10-12459

COUNT 2:
UNLAWFUL POSSESSION OF A FIREARM BY A
SERIOUS VIOLENT FELON
A CLASS B FELONY
AGENCY: VANDERBURGH CO. MULTI AGENCY
DRUG TASK FORCE

I.C. 35-47-4-5(C)
CASE #: 10-12459

COUNT 3:
CARRYING A HANDGUN WITHOUT A LICENSE
A CLASS A MISDEMEANOR
AGENCY: VANDERBURGH CO. MULTI AGENCY
DRUG TASK FORCE

I.C. 35-47-2-1 and I.C. 35-47-2-23(c)
CASE #: 10-12459

## COUNT 1

The undersigned, being duly sworn upon his/her oath, says that in Vanderburgh County, State of Indiana, on or about June 10, 2010, Marcus T. Darden did knowingly possess with the intent to deliver cocaine, said cocaine having a weight of three (3) grams or more, contrary to the form of the statutes in such cases made and provided by I.C. 35-48-4-1(a)(2) and against the peace and dignity of the State of Indiana.

## COUNT 2

The undersigned, being duly sworn upon his/her oath, says that in Vanderburgh County, State of Indiana, on or about June 10, 2010, Marcus T. Darden did knowingly possess a firearm, to-wit: a Smith and Wesson semiautomatic handgun, after having been convicted in the State of Indiana of a serious violent felony, to-wit: Second-degree Murder, in the Montgomery County Tennessee Court, contrary to the form of the statutes in such cases made and provided by I.C. 35-47-4-5(c) and against the peace and dignity of the State of Indiana.

## COUNT 3

The undersigned, being duly sworn upon his/her oath, says that in Vanderburgh County, State of Indiana, on or about June 10, 2010, Marcus T. Darden did carry a handgun, to-wit: a Smith and Wesson semiautomatic handgun, in a vehicle or on or about his person without having a permit, contrary to the form of the statutes in such cases made and provided by I.C. 35-47-2-1 and against the peace and dignity of the State of Indiana.

_____
AFFIANT

Subscribed and sworn to before me this 15th day of June, 2010.
My commission expires:
March 2, 2011

Melody J. Harrell
Notary Public
A Resident of Vanderburgh County

WITNESSES:
ISP Chemist
J. McQuay
Jeff Taylor
S. King

APPROVED BY ME:

STANLEY M. LEVCO
Prosecuting Attorney

DRM/mjh

I/We hereby certify that the foregoing document complies with the requirements of Trial Rule 5(G) with regard to information excluded from public record under Administrative Rule 9.

Deputy Prosecuting Attorney

| STATE OF INDIANA | ) | IN THE VANDERBURGH SUPERIOR COURT |
|---|---|---|
| | ) SS: | |
| COUNTY OF VANDERBURGH | ) | CAUSE NUMBER: 82D02-1006-FA-_610_ |

STATE OF INDIANA

VS

MARCUS T. DARDEN

VANDERBURGH SUPERIOR COURT
★ FILED ★
JUN 15 2010
Susan K Kirk
CLERK

INFORMATION FOR:

AN ENHANCEMENT OF 3
CARRYING A HANDGUN WITHOUT A LICENSE
A CLASS C FELONY
I.C. 35-47-2-1 and I.C. 35-47-2-23(c)

The undersigned, being duly sworn upon his oath, says that Marcus T. Darden has committed a violation of 35-47-2-1 and I.C. 35-47-2-23(c), Carrying a Handgun Without a License, a Class C Felony, and in accordance with statute, the items alleged to support the enhancement of the offense to a Class C Felony are herein set forth on a page separate from the rest of the charging instrument.

The defendant, Marcus T. Darden, was convicted and sentenced on September 24, 2008, in the Vanderburgh Superior Court, cause number 82D02-0806-FB-543, of a violation of 35-47-2-1 and I.C. 35-47-2-23(c), Carrying a Handgun Without a License.

Then and there being contrary to the form of the statutes, in such cases made and provided, and against the peace and dignity of the State of Indiana.

_____
AFFIANT

Subscribed and sworn to before me this 15th day of June, 2010.

My commission expires:
March 2, 2011

_____
Melody J. Harrell
Notary Public
A Resident of Vanderburgh County

WITNESSES:

Keeper of the Records,
Clerk of Vanderburgh County

APPROVED BY ME: M. Levco

_____
STANLEY M. LEVCO
Prosecuting Attorney

DRM/mjh

82D02-1006-FA-00610    State of Indiana  vs  DARDEN, MARCUS TERMAINE    RJP

| | | |
|---|---|---|
| Filed | 06/29/2011 | # of Pages  1 |
| Docket Entry | SENTENCING DOC | |

Attorney Participants ...    Sealed    Journal Name
                             Create  F  Journal Book
                             Notice     Starting Page
                                        Docket Nbr
                                        Document Nbr
                                        File Reference Nbr

**Description**

STATE BY DPA, J. UEBELHACK. DEFT APPEARS IN PERSON AND IN CUSTODY AND BY COUNSEL, J. BRINSON. DEFT. FINDS THE PSI REPORT TO BE TRUE AND ACCURATE. THIS BEING THE DATE SET FOR SENTENCING, COURT NOW ACCEPTS THE DEFT'S PLEA AND FINDS THE DEFT GUILTY OF COUNT 1: DEALING IN COCAINE, CLASS C FELONY A LESSER INCLUDED OFFENSE OF THE OFFENSE CHARGED. COURT ACCEPTS THE STATE'S SENTENCE RECOMMENDATION AND IN ACCORDANCE WITH SAME, NOW SENTENCES THE DEFT IN COUNT 1: TO TWO (2) YEARS IDC WITH CREDIT FOR 365 DAYS SERVICED PLUS 365 DAYS GOOD TIME CREDIT. DEFT. IS ORDERED RELEASED TO TIME SERVED IN THIS CAUSE OF ACTION. COUNTS 2, 3, AND 4 ARE HEREBY DISMISSED. DEFT. IS TO PAY $200 DRUG AND ALCOHOL COUNTERMEASURE FEE. COST OF THIS ACTION ASSESSED AGAINST THE DEFT. THERE WAS NO BOND POSTED IN THIS CAUSE OF ACTION. PURSUANT TO IC 35-38-1-5(b), THE COURT NOTES THAT IT CURRENTLY COSTS AN AVERAGE OF $53.96 PER DAY TO HOUSE AN ADULT INMATE AT THE IDOC. THE ESTIMATED TOTAL COST TO INCARCERATE THE DEFT FOR THIS TERM OF IMPRISONMENT IS $39,390.80. THIS ESTIMATED COST DOES NOT INCLUDE REDUCTIONS WHICH WILL RESULT IF THE DEFT IS ELIGIBLE TO RECEIVE CREDIT FOR TIME SERVED IN CONFINEMENT PRIOR TO CONVICTION, CREDIT TIME EARNED TO DATE OR IN THE FUTURE, OR ANY OTHER CREDITS AGAINST THE SENTENCE. THE ESTIMATED COST ALSO DOES NOT REFLECT ANY FUTURE CHANGES IN THE COST OF INCARCERATION. DEFT. IS TO SIGN A WAIVER OF EXTRADITION. (RJP/MMW)

Entered By: mwoolems    Updated By: mwoolems    Updated Date: 06/30/2011  10:34



STATE OF INDIANA              )
                              ) SS: IN THE VANDERBURGH SUPERIOR COURT
COUNTY OF VANDERBURGH         )        2011 TERM

STATE OF INDIANA              )
                              )
VS.                           )   CAUSE NO.: 82D02-1006-FA-610
                              )
MARCUS T. DARDEN              )

## PLEA AGREEMENT

Comes now the State of Indiana by its Deputy Prosecuting Attorney, and states as follows:

\_\_\_\_ 1. That the Defendant in the above-captioned cause is charged in a Three (3) Count Information with Count 1: Dealing in Cocaine, A Class A Felony, which carries a minimum term of imprisonment of twenty (20) years and a maximum term of imprisonment of fifty (50) year, and a possible fine not to exceed Ten Thousand Dollars ($10,000.00), Count 2: Unlawful Possession of a Firearm by a Serious Violent Felon, A Class B Felony, which carries a minimum term of imprisonment of six (6) years, and a maximum term of imprisonment of twenty (20) years, and a possible fine not to exceed Ten Thousand Dollars ($10,000.00), and Count 3: Carrying a Handgun Without a License, A Class A Misdemeanor, which carries a term of imprisonment of up to one (1) year and a fine of up to Five Thousand Dollars ($5,000.00).

\_\_\_\_ 2. That on _____, 2011, the Defendant indicated in open Court his intent to plead guilty to Count 1: Possession of Cocaine, a Class C Felony, a lesser included offense to the offense charged in Count 1. Count II & III dismiss upon sentencing. J. D9 PB

\_\_\_\_ 3. That after negotiations between the Prosecuting Attorney and the Defendant's attorney, the State of Indiana has agreed to accept the Defendant's plea. Pursuant to plea negotiations, the Defendant agrees to be sentenced to the Indiana Department of Corrections for

a period of Two (2) years, with said sentence to be served executed. Further, the State agrees to move to dismiss Counts 2 and 3 upon plea and sentencing in Count 1.

    A) The Court will assess the Defendant and the drug and alcohol interdiction fee, which amount shall be determined by the Court, and which shall be no less than Two Hundred Dollars ($200.00) or more than One Thousand Dollars ($1,000.00). The fee shall be paid within one hundred eighty (180) days from the date of sentencing.

    B) The Defendant agrees to give a sworn cleanup statement to a member of the Evansville Police Department or the Vanderburgh County Sheriff's Department concerning his knowledge of the distribution of controlled substances in the tri-state area when called upon to do so. No information received from the Defendant concerning controlled substances will be used against him/her.

    C) The Defendant agrees to testify truthfully when called upon to so by the State of Indiana at any trial or grand jury proceeding and to make himself/herself available for trial preparation when requested by the State of Indiana.

    D) If the Defendant is arrested for or charged with any new offense between the time that he enters into the agreement, and the time set for sentencing, the State reserves the right to withdraw from this agreement.

_____ 4. The Defendant shall provide a DNA sample pursuant to I.C. 10-13-6-10(a)(3) if convicted of a felony.

_____ 5. If a no contact order is in effect as a condition of bond, it is to be dismissed upon plea and sentencing in this matter.

_____ 6. If the Court sentences the Defendant directly to Alcohol Abuse Probation Services (AAPS)/Drug Abuse Probation Services (DAPS) or to probation, then community service will be

served in the amount of forty (40) hours for a felony conviction or twenty-four (24) hours for a misdemeanor conviction to be served within the time limit specified by the supervising agency.

\_\_\_\_ 7. If required, in addition to any special conditions of Probation, the Defendant acknowledges that he has read the attached conditions of Probation, Vanderburgh County Work Release, Vanderburgh County Electronic Home Detention Program or Drug and Alcohol Supervision Program Rules. The Defendant acknowledges that he fully understands these attached rules and realizes that any violation of these rules will result in execution of the suspended or Vanderburgh County Work Release portion of his sentence. The Defendant acknowledges notice of the additional charges for any drug or alcohol program services, agrees that those charges are reasonable and necessary for the additional services provided to the Defendant, and agrees to pay those charges.

\_\_\_\_ 8. If a victim exists, they will be notified by mail of the terms of this agreement and will be given an opportunity to present opinions concerning it. The victim will also be notified of the time and place of the sentencing and the right to attend.

\_\_\_\_ 9. The Defendant agrees, as a condition of this plea negotiation, to relinquish his/her bond money to the Vanderburgh County Public Defender's Fund (if he is represented by a Vanderburgh County Public Defender) and to the payment of court costs, fees, and restitution owed in this cause.

\_\_\_\_ 10. The Defendant agrees that if any evidence was collected in regards to this case it can be disposed of or destroyed by the appropriate law enforcement agency anytime after 90 days of the Defendant's sentencing. Any requests for return of personal property shall be made in writing to the evidence custodian of the appropriate law enforcement agency within ninety (90) days of sentencing.

WHEREFORE, the State of Indiana requests that the Court order a Pre-Sentence Report pursuant to I.C. 35-38-1-8 and thereafter approve and accept the aforesaid agreement pursuant to I.C. 35-5-6-2.

Respectfully submitted,

*(signature)*

Deputy Prosecuting Attorney
Vanderburgh County Prosecutor's Office

I, Marcus T. Darden, Defendant in the above-entitled matter, do hereby swear and affirm under oath that I have received a copy of the above and foregoing Plea Agreement and after having fully discussed the same with my attorney, do hereby acknowledge that I understand the same and do hereby accept the conditions contained therein, and I further understand that the Court can either accept this agreement or can reject it. If rejected, I understand my original plea of not guilty will be entered on my behalf. I understand that the State and Federal Constitutions guarantee me certain rights, among those being the rights to a speedy and public trial before an impartial jury; to confront and cross-examine the witnesses against me; to use the power and process the Court to compel the production of any evidence, including the attendance of any witnesses in my favor; to have the assistance of counsel for my defense at all stages of the proceedings, to be provided at public expense if I am indigent; and to require the State of Indiana to prove my guilt beyond a reasonable doubt at a trial in which I am presumed innocent and may not be compelled to testify, or in any way incriminate myself. I further understand that the entry of my guilty plea pursuant to this agreement works a waiver of those rights and constitutes an admission of the truth of all facts alleged in the Information and lesser included offenses therein to which I plead guilty, and that the guilty plea amounts to conviction on said count(s) of the Information, authorizing the Court to proceed with judgment and sentence. Dated this ____ day of _____, 2011.

x *(signature)* Marcus Darden
Defendant

## CERTIFICATE

I, Nicholas G. Hermann, Prosecuting Attorney for the First Judicial Circuit of Indiana do hereby certify that a copy of the above pleading has been served on counsel for all Defendants in the above cause in person or by United States Mail on or before the date of filing.

NICHOLAS G. HERMANN
Prosecuting Attorney
First Judicial Circuit

By: _____

# CASE SUMMARY
## CASE NO. 82D02-1006-FA-00610

| | |
|---|---|
| **State of Indiana** | Location: **Vanderburgh Superior Court 3** |
| | Judicial Officer: **Pigman, Robert J** |
| | Filed on: **06/15/2010** |
| **vs.** | Police Agency Number: **10-12459** |
| | **10-12459/EPD** |
| **Marcus Termaine Darden** | |

### CASE INFORMATION

| Offense | Deg | Date | | |
|---|---|---|---|---|
| 1. 35-48-4-1(b)(1) DEALING COCAINE | FA | 06/10/2010 | Case Type: | FA - Class A Felony |
| Arrest: 06/10/2010 | | | Case Status: | 06/30/2011 Decided |
| 2. 35-47-4-5 Possession of a Firearm by a Serious Violent Felon | FB | 06/10/2010 | | |
| Arrest: 06/10/2010 | | | | |
| 3. 35-47-2-1 Carrying a Handgun Without a License, CL A MISD | MA | 06/10/2010 | | |
| Arrest: 06/10/2010 | | | | |
| 4. 35-47-2-1 Carrying a Handgun Without a License | FC | 06/10/2010 | | |
| Arrest: 06/10/2010 | | | | |

**Statistical Closures**
06/30/2011    Guilty Plea or Admission

| DATE | CASE ASSIGNMENT |
|---|---|
| | **Current Case Assignment** |
| | Case Number       82D02-1006-FA-00610 |
| | Court             Vanderburgh Superior Court 3 |
| | Date Assigned     06/15/2010 |
| | Judicial Officer  Pigman, Robert J |

### PARTY INFORMATION

*Attorneys*

| | | |
|---|---|---|
| **State Plaintiff** | **State of Indiana** | |
| **Defendant** | **Darden, Marcus Termaine** | **Brinson, John Patrick** |
| | *110 MAIN* | *Retained* |
| | *GUTHRIE, KY 42234* | 812-434-4888(F) |
| | *Black Male Height 5'9" Weight 195* | 812-424-3520(W) |
| | DOB:          Age: 31 | *111 SE 3rd ST* |
| | | *STE 400* |
| | | *Evansville, IN 47708* |

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 06/15/2010 | Converted Event<br>*INFORMATION FILED FROM CAUSE NUMBER 82D021006MC713. BOND SET AT $50,000 CASH ONLY. NEXT APPEARANCE SET FOR 6/16/10 AT 9:30 A.M. CS.* | 1 pages |
| 06/15/2010 | Converted Event<br>*INITIAL HEARING Event: INITIAL HEARING Date: 06/16/2010 Time: 9:30 am Judge: D02 SUPERIOR CRIMINAL Location: Result: RESET INITIAL HEARING* | 1 pages |
| 06/16/2010 | Converted Event<br>*STATE BY DPA, C. COOLEY. DEFT APPEARS IN PERSON, IN CUSTODY, BY VIDEO. JOHN BRINSON APPEARS AND TENDERS FILE BACK TO STATE AND IS RELIEVED FROM ANY FURTHER RESPONSIBILITY IN THIS MATTER. INITIAL HEARING HELD. DEFT IS ADVISED OF THE CHARGES AND OF CONSTITUTIONAL RIGHTS. A* | 1 pages |

Case 3:17-cr-00124   Document 64-2   Filed 07/05/17   Page 12 of 16 PageID #: 230

| Date | Event | Pages |
|---|---|---|
| | PRELIMINARY PLEA OF NOT GUILTY IS ENTERED ON BEHALF OF THE DEFT. DEFT ADVISES THAT HE WILL EMPLOY COUNSEL. BALANCE OF INITIAL HEARING IS CONTINUED TO 6/22/10 AT 9:30 AM. BOND REMAINS SET AT $50,000 CASH ONLY. DEFT GIVEN WRITTEN NOTICE TO APPEAR. WST/NM | |
| 06/22/2010 | Converted Event<br>STATE BY DPA, M POSEY. DEFT IN PERSON, IN CUSTODY BY VIDEO. COMES NOW J BRINSON AND ENTERS HIS APPEARANCE ON BEHALF OF THE DEFT. READINESS CONFERENCE IS SET FOR 7-15-2010 AT 8:30 A.M. HOLDING DATE IS SET FOR 7-28-2010 AT 1:00 P.M. BEFORE JUDGE PIGMAN. OMNIBUS DATE IS SET 9-4-2010. DEFT GIVEN WRITTEN NOTICE TO APPEAR. RJP/LAI | 1 pages |
| 07/15/2010 | Converted Event<br>STATE BY DPA, D. MILLER. DEFT BY COUNSEL, J. BRINSON. READINESS CONFERENCE HAD. STATE HAS TENDERED A COPY OF ITS FILE AND CONVEYED ITS OFFER TO DEFENSE. HOLDING DATE IS HEREBY AFFIRMED. (ARH/DJN) | 1 pages |
| 07/28/2010 | Converted Event<br>STATE BY DPA, M POSEY. DEFT IN PERSON, IN CUSTODY AND BY COUNSEL, J BRINSON. ON DEFT'S MOTION, PROGRESS ON PLEA NEGOTIATIONS RESTE TO 8-4-2010 AT 1:00 P.M. RJP/LAI | 1 pages |
| 08/04/2010 | Converted Event<br>STATE BY DPA, M LAMB. DEFT APPEARS IN PERSON, IN CUSTODY AND BY COUNSEL, J BRINSON. STATE FILES PLEA AGREEMENT. THIS BEING THE DATE SET FOR DEFT'S PLEA, THE DEFT IS ADVISED OF HIS RIGHTS AND ACKNOWLEDGES THAT HE UNDERSTANDS AND WAIVES SAID RIGHTS. DEFT WITHDRAWS FORMER PLEA OF NOT GUILTY AND ENTERS A PLEA OF GUILTY TO COUNT 1, POSSESSION OF COCAINE, A CLASS C FELONY, A LESSER INCLUDED OFFENSE OF THE OFFENSE CHARGED AND COUNT 3, CARRYING A HANDGUN WITHOUT A LICENSE AS ENHANCED TO A CLASS D FELONY, AS CHARGED. COURT NOW FINDS THAT THE DEFT'S PLEA IS MADE KNOWINGLY AND VOLUNTARILY AND THAT A FACTUAL BASIS EXISTS FOR SAID PLEA. PSI TO BE FILED WITH THE COURT. SENTENCING IS SET FOR 9-1-2010 AT 1:00 P.M. BEFORE JUDGE PIGMAN. RJP/LAI | 1 pages |
| 08/26/2010 | Converted Event<br>PRE-SENTENCE INVESTIGATION REPORT IS FILED. RJP/PEP | 1 pages |
| 09/01/2010 | Converted Event<br>STATE BY DPA, M LAMB. DEFT IN PERSON, IN CUSTODY AND BY COUNSEL, J BRINSON. COURT REJECTS THE PLEA AGREEMENT. COURT RE-ENTERS THE DEFT'S PLEA OF NOT GUILTY. DEFT REQUESTS NEW JUDGE IN THIS MATTER. COURT DENIES SAME. DEFT ORALLY REQUESTS SPEEDY TRIAL DATE. COURT GRANTS SAME. SPEEDY TRIAL BY JURY IS SET FOR 11-8-2010 AT 8:00 AM PRE-TRIAL CONFERENCE IS SET FOR 10-27-2010 AT 3:00 P.M. STATE REQUESTS NEW OMNIBUS. DEFT OBJECTS. COURT DOES NOT SET NEW OMNIBUS DATE. STATE FILES DISCOVERY MOTION. COURT GRANTS SAME. DEFT TO RESPOND BY 10-11-2010. DEFT FILES MOTION TO SEVER COUNT 2 FOR TRIAL. HEARING ON SAME IS SET FOR 10-27-2010 AT 3:00 P.M. RJP/LAI | 1 pages |
| 10/19/2010 | Converted Event<br>DEFT BY COUNSEL, J BRINSON, FILES AMENDED MOTION TO SEVER COUNTS 2 AND 3 FROM COUNT 1 FOR TRIAL. RJP/LAI | 1 pages |
| 10/27/2010 | Converted Event<br>STATE BY DPA, D. MILLER. DEFT BY COUNSEL, J. BRINSON. COURT GRANTS MOTION TO SEVER COUNT 2. TRIAL DATE OF 11-8-10 IS AFFIRMED. RJP/CAL | 1 pages |
| 11/04/2010 | Converted Event<br>RETURN OF VCS SVC FOR SUP TO ANDRE HOOSIER, 110110, COPY SVC | 1 pages |
| 11/08/2010 | Converted Event<br>STATE BY DPA, DAN MILLER. DEFT IN PERSON, IN CUSTODY AND BY COUNSEL, JOHN BRINSON. PRIOR TO COMMENCEMENT OF TRIAL DEFT FILES MOTION FOR | 1 pages |

PAGE 2 OF 5
Printed on 12/17/2015 at 9:20 AM
Case 3:17-cr-00124 Document 64-2 Filed 07/05/17 Page 13 of 16 PageID #: 231

| | | |
|---|---|---|
| | *PRETRIAL DISCOVERY. COURT NOW GRANTS SAME. STATE FILES MOTION IN LIMINE REGARDING PENALTIES. COURT NOW GRANTS SAME. CAUSE COMES ON FOR TRIAL BY JURY. PROSPECTIVE JURORS ARE SWORN. VOIR DIRE EXAMINATION IS HELD AND THE FOLLOWING JURORS ARE SELECTED AND SWORN: JAMES TRAPP, KARL ZIDAR, CAROLYN EGAN, JOAN KERCHER, RONALD GAISER, TERRY BOWDEN, GREGORY RUDISILL, GLORIA BELL, MARK BAUER, KELLY KUEBLER, RICHARD KINSEY AND LINDA GRIMWOOD. JUROR RONALD GAISER INFORMS THE COURT THAT HE RESIDES IN THE STATE OF KENTUCKY. DEFT MOVES FOR MISTRIAL. COURT NOW GRANTS SAME. JURY IS DISCHARGED. DEFT MOVES FOR TRIAL DATE IN JANUARY. TRIAL BY JURY IS RESET TO 1-13-2011 AT 8:00 A.M. RJP/LAI* | |
| 11/11/2010 | Converted Event<br>*DEFT BY COUNSEL, JOHN BRINSON FILES NOTICE OF INTENTION TO TAKE DEPOSITION BY NON-STENOGRAPHIC MEANS. RJP/PEP* | 1 pages |
| 11/11/2010 | Converted Event<br>*Issue Date: 11/11/2010 Service: SUBPEONA Method: \*VANDERBURGH COUNTY SHERIFF Cost Per: $ 0.00 MCQUAY EPD, J Tracking No: V000573540* | 1 pages |
| 11/11/2010 | Converted Event<br>*SUBPEONA SERVICE ISSUED* | 1 pages |
| 11/11/2010 | Converted Event<br>*SUBPEONA SERVICE ISSUED* | 1 pages |
| 11/11/2010 | Converted Event<br>*Issue Date: 11/11/2010 Service: SUBPEONA Method: \*VANDERBURGH COUNTY SHERIFF Cost Per: $ 0.00 TAYLOR EPD, JEFF Tracking No: V000573542* | 1 pages |
| 11/11/2010 | Converted Event<br>*DEFT BY COUNSEL FILES NOTICE OF INTENTION TO TAKE DEPOSITION BY NON-STENOGRAPHIC MEANS. RJP/LAI* | 1 pages |
| 11/19/2010 | Converted Event<br>*COPY SERVICE Method : \*VANDERBURGH COUNTY SHERIFF Issued : 11/11/2010 Service : SUBPEONA Served : 11/16/2010 Return : 11/19/2010 On : MCQUAY EPD, J Signed By : Reason : COPY SERVICE Comment : Tracking # : V000573540* | 1 pages |
| 11/19/2010 | Converted Event<br>*COPY SERVICE Method : \*VANDERBURGH COUNTY SHERIFF Issued : 11/11/2010 Service : SUBPEONA Served : 11/16/2010 Return : 11/19/2010 On : TAYLOR EPD, JEFF Signed By : Reason : COPY SERVICE Comment : Tracking # : V000573542* | 1 pages |
| 01/05/2011 | Converted Event<br>*RETURN OF VCS SVC FOR SUP TO ISP CHEMIST, 123110, COPY SVC* | 1 pages |
| 01/06/2011 | Converted Event<br>*RETURN OF VCS SVC FOR SUP TO ANDRE HOOSIER C/O BARRY BLACKARD, 010411, COPY SVC* | 1 pages |
| 01/10/2011 | Converted Event<br>*COMES NOW THE COURT AND FILES ORDER ON TRIAL CONDUCT AND PROCEDURE. RJP/JIT EF* | 1 pages |
| 01/12/2011 | Converted Event<br>*STATE BY DPA, M LAMB. DEFT APPEARS IN PERSON, IN CUSTODY AND BY COUNSEL, J BRINSON. STATE FILES ITS PLEA AGREEMENT. THIS BEING THE DATE SET FOR DEFT'S PLEA, THE DEFT IS ADVISED OF HIS RIGHTS AND ACKNOWLEDGES THAT HE UNDERSTANDS AND WAIVES SAID RIGHTS. DEFT WITHDRAWS FORMER PLEA OF NOT GUILTY AND ENTERS A PLEA OF GUILTY TO COUNT 1, POSSESSION OF COCAINE, A CLASS C FELONY A LESSER INCLUDED OFFENSE OF THE OFFENSE CHARGED. COURT NOW FINDS THAT THE DEFT'S PLEA IS MADE KNOWINGLY AND VOLUNTARILY AND THAT A FACTUAL BASIS EXISTS FOR SAID PLEA. DEFT WAIVES* | 1 pages |

PAGE 3 OF 5
Printed on 12/17/2015 at 9:20 AM
Case 3:17-cr-00124   Document 64-2   Filed 07/05/17   Page 14 of 16 PageID #: 232

| | | |
|---|---|---|
| | 30 DAY SENTENCING REQUIREMENT. SENTENCING IS SET FOR 6-15-2011 AT 1:00 P.M. BEFORE JUDGE PIGMAN. TRIAL DATE OF 1-13-2011 IS HEREBY VACATED. RJP/LAI | |
| 01/14/2011 | Converted Event<br><br>ORDER FILED 1-10-11 FOR 1-10-11 RECEIVED AND ENTERED INTO ORDER BOOK THIS DATE. | Vol./Book 196, Page 332, 1 pages |
| 06/13/2011 | Converted Event<br>DEFT BY COUNSEL, J BRINSON. ON DEFT'S MOTION, SENTENCING SET FOR 6-15-2011 IS VACATED AND RESET TO 6-29-2011 AT 1:00 P.M. RJP/LAI | 1 pages |
| 06/29/2011 | Converted Event<br>STATE BY DPA, J. UEBELHACK. DEFT APPEARS IN PERSON AND IN CUSTODY AND BY COUNSEL, J. BRINSON. DEFT. FINDS THE PSI REPORT TO BE TRUE AND ACCURATE. THIS BEING THE DATE SET FOR SENTENCING, COURT NOW ACCEPTS THE DEFT'S PLEA AND FINDS THE DEFT GUILTY OF COUNT 1: DEALING IN COCAINE, CLASS C FELONY A LESSER INCLUDED OFFENSE OF THE OFFENSE CHARGED. COURT ACCEPTS THE STATE'S SENTENCE RECOMMENDATION AND IN ACCORDANCE WITH SAME, NOW SENTENCES THE DEFT IN COUNT 1: TO TWO (2) YEARS IDC WITH CREDIT FOR 365 DAYS SERVICED PLUS 365 DAYS GOOD TIME CREDIT. DEFT. IS ORDERED RELEASED TO TIME SERVED IN THIS CAUSE OF ACTION. COUNTS 2, 3, AND 4 ARE HEREBY DISMISSED. DEFT. IS TO PAY $200 DRUG AND ALCOHOL COUNTERMEASURE FEE. COST OF THIS ACTION ASSESSED AGAINST THE DEFT. THERE WAS NO BOND POSTED IN THIS CAUSE OF ACTION. PURSUANT TO IC 35-38-1-5(b), THE COURT NOTES THAT IT CURRENTLY COSTS AN AVERAGE OF $53.96 PER DAY TO HOUSE AN ADULT INMATE AT THE IDOC. THE ESTIMATED TOTAL COST TO INCARCERATE THE DEFT FOR THIS TERM OF IMPRISONMENT IS $39,390.80. THIS ESTIMATED COST DOES NOT INCLUDE REDUCTIONS WHICH WILL RESULT IF THE DEFT IS ELIGIBLE TO RECEIVE CREDIT FOR TIME SERVED IN CONFINEMENT PRIOR TO CONVICTION, CREDIT TIME EARNED TO DATE OR IN THE FUTURE, OR ANY OTHER CREDITS AGAINST THE SENTENCE. THE ESTIMATED COST ALSO DOES NOT REFLECT ANY FUTURE CHANGES IN THE COST OF INCARCERATION. DEFT. IS TO SIGN A WAIVER OF EXTRADITION. (RJP/MMW) | 1 pages |
| 06/30/2011 | Converted Event<br>COUNTERMEASURE FEE | 1 pages |
| 06/30/2011 | Converted Event<br>COURT COSTS | 1 pages |
| 06/30/2011 | **Judgment** (Judicial Officer: Pigman, Robert J)<br>1. 35-48-4-1(b)(1) DEALING COCAINE<br>    Conversion Unknown | |
| 06/30/2011 | **Judgment** (Judicial Officer: Pigman, Robert J)<br>2. 35-47-4-5 Possession of a Firearm by a Serious Violent Felon<br>    Conversion Unknown | |
| 06/30/2011 | **Judgment** (Judicial Officer: Pigman, Robert J)<br>3. 35-47-2-1 Carrying a Handgun Without a License, CL A MISD<br>    Conversion Unknown | |
| 06/30/2011 | **Judgment** (Judicial Officer: Pigman, Robert J)<br>4. 35-47-2-1 Carrying a Handgun Without a License<br>    Conversion Unknown | |
| 07/13/2011 | Converted Event<br><br>SENTENCING MIN. FILED 6-29-11 RECEIVED AND ENTERED INTO ORDER BOOK THIS DATE. | Vol./Book 201, Page 324, 1 pages |

| 12/14/2015 | Clerk Administrative Event |
|---|---|
| | *Certified copy of chronological case summary sent to Agent Will Evans @ Clarksville Police Department.* |

| DATE | FINANCIAL INFORMATION | |
|---|---|---|
| | **Defendant** Darden, Marcus Termaine | |
| | Total Charges | 364.00 |
| | Total Payments and Credits | 0.00 |
| | **Balance Due as of 12/17/2015** | **364.00** |

1 of 5 pages
12.17.15
mary J

PAGE 5 OF 5
Printed on 12/17/2015 at 9:20 AM
Case 3:17-cr-00124   Document 64-2   Filed 07/05/17   Page 16 of 16 PageID #: 234