# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>      )<br>   Plaintiff,   )<br>      )<br>v.    )<br>      )<br>MARCUS TERMAINE DARDEN, et al. )<br>      )<br>   Defendant.   ) | NO. 3:17-cr-00124<br>CHIEF JUDGE CRENSHAW |

## ORDER

Trial in the above styled case continued on March 25, 2019 when Ronnie Daniels was called to testify as a witness for the government. During direct examination, Mr. Daniels refused to answer the questions. Mr. Daniels was allowed to confer with his attorney, Ben Russ. After consultation with his attorney, Mr. Daniels continued to refuse to answer the questions. In the presence of the jury, the Court ordered Mr. Daniels to answer the questions and he continued to refuse to do so. The Court ordered Mr. Daniels to be taken into custody, pending a civil contempt hearing.

After notice to Mr. Daniels and his attorney, the Court scheduled an evidentiary hearing on whether Mr. Daniels should be held in civil contempt of court. The hearing was held on March 25, 2019 at which time Mr. Daniels offered no reason for his refusal to answer the questions and offered no reason for his failure to comply with the Court's order to answer the questions.

Based on all the evidence presented at the civil contempt hearing, and the reasons stated on the record, which are incorporated herein, the Court finds that there is clear and convincing evidence that Mr. Daniels, without any good cause for his behavior, has disrupted the trial

proceedings when he refused to answer the questions and failed to comply with the order of this Court. Accordingly, this Court concludes that Mr. Daniels is in civil contempt and shall be held in custody by the U.S. Marshal until further order of this Court.

Mr. Daniels may secure his release when he agrees to answer the questions at trial.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE